1060

[No. 30338-4-I. · Division One. April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HAYES
SCHUYLER SPELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05031-3, William L. Downing, J., entered
March 16, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Agid, JJ.

[No. 32678-3-I. Division One. April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
DELANO LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00058-6, Arthur E. Piehler, J., entered
March 15, 1993. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Pekelis, JJ.

[No. 33150-7-I. Division One. April 18, 1994.]

IVOR JONES, ET AL, *Appellants*, v. KING COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-01344-4, George A. Finkle, J., entered
December 30, 1992. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Pekelis, A.C.J., and Scholfield,
J. Now published at 74 Wn. App. 467.

[No. 30249-3-I. Division One. April 18, 1994.]

THE CITY OF REDMOND, *Respondent*, v. WILLIAM D.
HINZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01195-4, Joan E. DuBuque, J., entered
January 27, 1992. *Reversed* by unpublished opinion per
Becker, J., concurred in by Coleman and Grosse, JJ.